189 So.2d 600

### CITY OF NEW ORLEANS

v.

### Emanuel COOK.

No. 48372.

Aug. 24, 1966.

In re: City of New Orleans applying for writs of certiorari, mandamus and prohibition in opposition to habeas corpus.

Writs granted with stay order.

189 So.2d 600

### STATE of Louisiana

v.

### Otis WEBB.

No. 48375.

Sept. 1, 1966.

In re: Otis Webb applying for writ of habeas corpus.

The application is denied. The showing made does not warrant the exercise of our supervisory or original jurisdiction.